No. 61, Misc. COLBERT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Frank B. Hester* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 63, Misc. MAGEE *v.* CALIFORNIA ET AL. Sup. Ct. Cal. Certiorari denied. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.,* Assistant Attorney General, and *Robert R. Granucci* and *Jackson L. Smith,* Deputy Attorneys General, for respondents.

No. 64, Misc. HYDE *v.* MARYLAND. Ct. App. Md. Certiorari denied. Petitioner *pro se. Thomas B. Finan,* Attorney General of Maryland, and *Alfred J. O'Ferrall III,* Assistant Attorney General, for respondent.

No. 66, Misc. COOPER *v.* HOLMAN, WARDEN. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Richmond M. Flowers,* Attorney General of Alabama, and *David W. Clark,* Assistant Attorney General, for respondent.

No. 67, Misc. ZUCKER *v.* CALIFORNIA ET AL. Sup. Ct. Cal. Certiorari denied. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Ronald M. George,* Deputy Attorney General, for respondents.

No. 70, Misc. TAYLOR *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied. Petitioner *pro se. Arthur J. Sills,* Attorney General of New Jersey, and *Evan William Jahos,* Assistant Attorney General, for respondent.